UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE

2024 Ford Transit 350 Van,
VIN 1FDAX2C87RKA50940,
and all sets of keys and operating
manuals used to operate the vehicle

Misc. No.: 2:25-mc-51232
Honorable Brandy R. McMillion

### Notice of Change of Assistant U.S. Attorney

To:   Attorney Admission Clerk and All Other Parties

Please take notice that Assistant U.S. Attorney Kelly Fasbinder temporarily handled forfeiture work and is now discontinued from receiving Notices of Electronic Filing and is terminated as the forfeiture attorney of record for the above-captioned matter:

| *Add the following AUSA(s):* | *Terminated the following AUSA(s):* |
|---|---|
| Name: | Name:      Kelly Fasbinder |
| Bar ID: | Bar ID:     P80109 |
| Telephone: | Telephone: (313) 226-9520 |
| Fax: | Fax:          (313) 226-3800 |
| Email: | Email:  Kelly.Fasbinder@usdoj.gov |

S/ Kelly Fasbinder
Kelly Fasbinder
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226

Dated: December 30, 2025