UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE

2024 Ford Transit 350 Van,
VIN 1FDAX2C87RKA50940,
and all sets of keys and operating
manuals used to operate the vehicle

Misc. No.: 2:25-mc-51232
Honorable Brandy R. McMillion

**Ex Parte Motion to Extend the Time to File a Complaint for Forfeiture**

Now comes plaintiff, the United States of America, by and through its undersigned attorneys, and for its Ex Parte Motion to Extend Time to File a Complaint for Forfeiture, states upon information and belief as follows:

1. On April 22, 2025, the Federal Bureau of Investigation ("FBI") seized the following property: 2024 Ford Transit 350 Van, VIN 1FDAX2C87RKA50940, and all sets of keys and operating manuals used to operate the vehicle (referred to herein as the "Subject Property").

2. FBI provided notice as required by 18 U.S.C. § 983(a)(1)(A) of the seizure and its intent to administratively forfeit the Subject Property to all known interested parties, which included Kijuana Evans ("claimant").

3. On or about July 15, 2025, the claimant filed a claim in the administrative forfeiture proceeding with FBI regarding the Property.

4. The time has expired for any person to file a claim to the Subject Property under 18 U.S.C. §§ 983(a)(2)(A)-(E), and no other person has filed a claim to the Subject Property as required by law in the administrative forfeiture proceeding.

5. Upon the filing of the administrative claim, FBI referred the matter to the United States Attorney for judicial forfeiture proceedings.

6. Pursuant to 18 U.S.C. § 983(a)(3)(A), the earliest applicable deadline for the United States to file a complaint for forfeiture against the Subject Property was January 11, 2026.

7. On December 29, 2025, this court entered an Order extending that deadline to and including April 11, 2026. (ECF No. 4).

8. The Court is authorized to grant ex parte extensions of the Civil Asset Forfeiture Reform Act (CAFRA) deadline and the Court can extend the deadline for good cause.

9. "Under the CAFRA, a district court is authorized to grant ex parte extensions of the deadline for government to file civil forfeiture complaint." *United States v. Funds from Fifth Third Bank Acct.*, No. 13-11728, 2013 WL 5914101, at *8 (E.D. Mich. Nov. 4, 2013)

10. As provided in 18 U.S.C. § 983(a)(3)(A), the plaintiff wishes to again extend the time in which the United States is required to file a complaint for forfeiture against the Subject Property for good cause shown. The federal government continues

to have an ongoing criminal investigation relating to the conduct giving rise to the forfeiture of the Subject Property, and the government expects that it will obtain an indictment alleging that the Subject Property is subject to forfeiture on or before July 10, 2026. An extension to the civil forfeiture deadline will prohibit the need for a civil forfeiture filing that will be stayed or duplicative or parallel proceedings. On these grounds, the Government believes this constitutes "good cause" for the extension, as required by 18 U.S.C. § 983(a)(3)(A).

11. The United States requests that the deadline for the filing of the complaint for forfeiture be extended from April 11, 2026, to and including July 10, 2026, and that the Subject Property remain in the custody of the United States until further order of the Court.

Wherefore, the United States prays for the entry of the accompanying order extending the time to file a complaint for forfeiture until and including July 10, 2026.

    Respectfully submitted,

    Jerome F. Gorgon, Jr.
    United States Attorney

    S/Cassandra M. Resposo
    Cassandra M. Resposo (IL 6302830)
    Assistant U.S. Attorney
    211 W. Fort Street, Ste. 2001
    Detroit, Michigan 48226
    (313) 226-9736
    Cassandra.Resposo@usdoj.gov

Dated: March 9, 2026

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE | Misc. No.: 2:25-mc-51232 |
| | Honorable Brandy R. McMillion |
| 2024 Ford Transit 350 Van, VIN 1FDAX2C87RKA50940, and all sets of keys and operating manuals used to operate the vehicle | |

**Brief in Support of Ex Parte Motion to
Extend the Time to File a Complaint for Forfeiture**

## Issue Presented

Should the government be granted an extension of time to file a complaint for forfeiture?

## Most Appropriate Authorities

18 U.S.C. § 983(a)(3)

*United States v. Funds from Fifth Third Bank Acct.*, No. 13-11728, 2013 WL 5914101 (E.D. Mich. Nov. 4, 2013)

### Discussion

The Court is authorized to grant ex parte extensions of the Civil Asset Forfeiture Reform Act deadline and the Court can extend the deadline for good cause.

First, "[u]nder the CAFRA, a district court is authorized to grant *ex parte* extensions of the deadline for government to file civil forfeiture complaint." *United States v. Funds from Fifth Third Bank Acct.*, No. 13-11728, 2013 WL 5914101, at *8 (E.D. Mich. Nov. 4, 2013).

Second, pursuant to 18 U.S.C. § 983(a)(3)(A) and for good cause shown, the United States moves to further extend the time to file a complaint for forfeiture against the Subject Property from April 11, 2026, to and including July 10, 2026. Kijuana Evans ("claimant") has filed a claim with FBI concerning the Subject Property. The underlying facts are stated in the Motion.

18 U.S.C. § 983(a)(3)(A) states:

> Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

Unless the time is extended by the Court for good cause, the United States is required to file a complaint for forfeiture against the Subject Property no later than

2

April 11, 2026. If the United States fails to do so, it is required to release the Subject Property and may not take any further action to effect the civil forfeiture of the Subject Property in connection with the underlying offense(s). 18 U.S.C. § 983(a)(3)(C). The United States asserts that there is good cause to extend the filing date to July 10, 2026.

The Subject Property was seized from the claimant on April 22, 2025, at 19634 Spencer Street, Detroit, Michigan. The claimant remains the target of an ongoing federal criminal investigation for her involvement in wire fraud, money laundering, and potential other charges. Although the claimant may be aware of the ongoing investigation due to the seizures and administrative forfeiture proceedings, government agents believe that the filing of a complaint for forfeiture, with the content it will necessarily contain, will create a substantial likelihood of adverse results.

The federal criminal investigation remains ongoing. If required to file a civil forfeiture complaint, the government will likely need to move for a stay of the civil proceeding under 18 U.S.C. § 981(g). Accordingly, an extension in the already opened miscellaneous matter will prevent the unnecessary expenditure of judicial and public resources, as well as having unnecessary parallel or duplicative proceedings. The plaintiff expects that it will obtain an indictment alleging that the

Subject Property is subject to forfeiture on or before July 10, 2026. Obtaining such an indictment will satisfy the government's filing obligations under 18 U.S.C. § 983(a)(1)(A). 18 U.S.C. § 983(a)(3)(C).

Finally, the plaintiff represents to the Court that if the time is not extended and the United States returns the Subject Property to the claimant, there is no assurance that it will be available for forfeiture.

### Conclusion

For good cause shown, the United States respectfully requests that the Court extend the period in which it is required to file a Complaint for Forfeiture until and including July 10, 2026.

> Respectfully submitted,
>
> Jerome F. Gorgon, Jr.
> United States Attorney
>
> S/Cassandra M. Resposo
> Cassandra M. Resposo (IL 6302830)
> Assistant U.S. Attorney
> 211 W. Fort Street, Ste. 2001
> Detroit, Michigan 48226
> (313) 226-9736
> Cassandra.Resposo@usdoj.gov

Dated: March 9, 2026