## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**IN RE**                                          **Misc. No.: 2:25-mc-51232**
                                                   **Honorable Brandy R. McMillion**

**2024 Ford Transit 350 Van,**
**VIN 1FDAX2C87RKA50940,**
**and all sets of keys and operating**
**manuals used to operate the vehicle**

---

### Ex Parte Order to Extend the Time to File a Complaint for Forfeiture

---

The Court, having reviewed and considered the United States' Ex Parte Motion made pursuant to 18 U.S.C. § 983(a)(3)(A) to extend the period for the United States Attorney's Office to file a complaint for forfeiture against the following property: 2024 Ford Transit 350 Van, VIN 1FDAX2C87RKA50940, and all sets of keys and operating manuals used to operate the vehicle (25-FBI-002246), seized from Kijuana Evans at 19634 Spencer Street, Detroit, Michigan on April 22, 2025, by the Federal Bureau of Investigation, finds that the government has demonstrated good cause to further extend the filing period.

**IT IS HEREBY ORDERED** that any period within which the government must file a judicial forfeiture action against the aforementioned property is extended to and including **July 10, 2026**.  To ensure that the property remains available for forfeiture, the United States is hereby authorized to retain possession of the seized items during the period of this extension.

**IT IS SO ORDERED.**

Dated: March 10, 2026

s/Brandy R. McMillion
HONORABLE BRANDY R. MCMILLION
United States District Judge