UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE | Misc. No.: 2:25-mc-51232 |
| | Honorable Mark A. Goldsmith |
| 2024 Ford Transit 350 Van, | Magistrate Judge Anthony P. Patti |
| VIN 1FDAX2C87RKA50940, | |
| and all sets of keys and operating | |
| manuals used to operate the vehicle | |

### Notice of Change of Assistant U.S. Attorney

**To:** Attorney Admission Clerk and All Other Parties

Please take notice that Assistant U.S. Attorney Catherine Morris provisionally handled forfeiture work in this matter and is now discontinued from receiving Notices of Electronic Filing and terminated as an attorney of record:

| *Add the following AUSA(s):* | *Terminate the following AUSA:* |
|---|---|
| Name: | Name:     Catherine Morris |
| Bar ID: | Bar ID:     P84371 |
| Telephone: | Telephone:  (313) 226-9562 |
| Fax: | Fax:          (313) 226-3800 |
| Email: | Email:  Catherine.Morris@usdoj.gov |

S/Catherine E. Morris
Catherine E. Morris (P84371)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226

Dated: March 12, 2026