# EXHIBIT 1

| | AUSA: | Eaton Brown | Telephone: (313) 226-9100 |
|---|---|---|---|
| | Special Agent: | Jeffrey Weiland, FBI | Telephone: (313) 965-2323 |

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| 18779 Huntington Avenue, Harper Woods, MI 48225 (More fully described in Attachment I1.) | ) ) ) |

Case No. 24-mc-51226-17

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Michigan _____ .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT I1.

> I hereby certify that the foregoing is a certified copy of the original on file in this office.
>
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
>
> By: *s/D. Jennings*
>      Deputy

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT I2, violations of: 18 U.S.C. § 371, Conspiracy; 18 U.S.C. § 666, Theft or bribery in programs receiving Federal Funds; 18 U.S.C. § 1343, Wire fraud.

**YOU ARE COMMANDED** to execute this warrant on or before ___April 29, 2025,_____ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _the presiding United States Magistrate Judge on duty___ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have **an adverse result listed in** 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this **warrant to delay notice to the person who,** or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the **later specific date of** _____ .

Date and time issued: ____April 15, 2025    1:51 pm____

*Judge's signature*

City and state: ___Detroit, MI___

Kimberly G. Altman,    U. S. Magistrate Judge
*Printed name and title*

## ATTACHMENT I2 (Griffin's Residence and Electronic Devices)

The subject location shall be searched for all evidence of violations of 18 U.S.C. § 371 (Conspiracy), 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. § 666 (Federal Program Bribery), for the period May 9, 2016 to present, including but not limited to:

1. Records related to the care or finances of wards for which Guardian & Associates was appointed guardian, conservator, representative payee or fiduciary.

2. Records related to the care or finances of wards for which Avery Bradley was appointed guardian, conservator, representative payee or fiduciary.

3. Records related to the care or finances of wards for which Andrea Bradley-Baskin was appointed guardian, conservator, representative payee or fiduciary.

4. Records related to the care or finances of wards for which Tri-State Guardian Services was appointed guardian, conservator, representative payee or fiduciary.

5. Records related to the finances, management and operation of Tri-State Guardian Services.

6. Records related to the finances, management and operation of Key to Life Transport.

7. Records related to the finances, management and operation of LG Solutions Unlimited.

8. Records related to the purchase or sale of real property, including residential and commercial property and buildings.

9. Records related to the purchase or use of a 2024 Ford Transit Van, VIN 1FDAX2C87RKA50940.

10. Records of the receipt or distribution of proceeds from the conspiracy including bank accounts and money transfers.

11. Items, documents or other records, in whatever form, which contain the identity of other associates or the identity of co-conspirators. Items, documents or other records, in whatever form, which contain names and/or telephone numbers and tend to establish communication between co-conspirators.

12. Records identifying the location of post office boxes, safety deposit boxes or storage lockers wherein any of the above items may be located. Keys or other instruments necessary to gain access to the safety deposit boxes or storage lockers.

13. Electronic equipment capable of having records in items 1 through 11, including cellular telephones, smartphones, desktop computers, laptop computers and tablets. Electronic devices capable of storing information in items 1 through 11 including internal and peripheral hard drives, thumb drives and memory cards.

14. Locked containers or safes wherein any of the above items may be located

3

# EXHIBIT 2

June 20, 2025


Kijuana Evans

Tri-State Guardian Services, Inc.

37037 Charter Oaks Blvd.

Clinton Township, MI 48036

313-646-0090

tristateguardian@gmail.com


FEDERAL BUREAU OF INVESTIGATION

Patrick V. McNamara Federal Building

477 Michigan Avenue, Detroit, MI 48226


RE: 2024 Ford Transit 350 Van, VIN 1FDAX2C87RKA50940

   SEIZED April 22, 2025


To: FEDERAL BUREAU OF INVESTIGATION

Pursuant to 18 U.S.C. 983 (f), I am requesting the release of my property to wit: one 2024 Ford Transit 350 Van, VIN 1FDAX2C87RKA50940, seized by your agency, without a Warrant, or Notice, on April 22, 2025.

I am entitled to immediate release of the 2024 Ford Transit 350 Van because:

A. I have a possessory intent in the 2024 Ford Transit 350 Van because I purchased one vehicle, and the vehicle is registered in my name.


B. I have sufficient ties to the Metro-Detroit area because:
   1. I was born in Monroe, Louisiana in1971 and have resided in the Metro-Detroit area since 1974.
   2. I currently live in Clinton Township with my 15 year old son.
   3. I taught grade school for 18 years in the public and charter school sector.
   4. My mother Leola Williams, resides in Center Line, MI.
   5. I currently own and operate Tri-State Guardian Services, Inc. whereby Guardian and Conservator duties are performed on behalf of Probate Court.

C. The continued possession by the F.B.I. of the 2024 Ford Transit 350 Van has caused, and continues to cause substantial hardship to me, and my business, Tri-State Guardian Services, Inc. because Tri-State Guardian Services, Inc. cannot transport any ward deemed legally incapacitated by the Probate Court and/or perform one or more other duties necessary to fulfill my appointment as Guardian and/or Conservator. For example, numerous previously scheduled medical appointments for court-appointed wards had to be cancelled or rescheduled; numerous planned ward relocations had to be terminated or postponed; and, unscheduled pick ups from hospitals could not be fulfilled.

Further, the seizure of the 2024 Ford Transit 350 Van has effectively prevented Deondra Gray, who had possession of the 2024 Ford Transit 350 Van at the time of seizure, from working via fulfilling transport request.

D. The continued possession by the F.B.I. has seriously impacted the business of Tri-State Guardian Services Inc., and irreparably damaged the business relationships that Tri-State Guardian Services, Inc. had developed with other business; relationships that may or may not reparable. Further, the hardships suffered [ing] by Tri-State Guardian Services, Inc, who needs the 2024 Ford Transit 350 Van to effectively operate its business, outweighs the risk that the 2024 Ford Transit 350 Van will be destroyed, damaged, lost, concealed, or transferred during the pendency of any forfeiture proceedings.

E. None of the conditions set forth in paragraph (8) applies.

Respectfully submitted,

Kyuana Evans

# EXHIBIT 3

Case: **2:26−cr−20045**
Assigned To : **Leitman, Matthew F.**
Referral Judge: **Patti, Anthony P.** —
Assign. Date : **1/28/2026**
Description: **INDI USA V SEALED**
**MATTER (TM)** —

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** |
|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ **No** | **AUSA's Initials:** R.A.M |

**Case Title:** USA v. _Nancy Williams et al_

**County where offense occurred :** _Wayne_

**Check One:**   ☒ **Felony**      ☐ **Misdemeanor**      ☐ **Petty**

   ✓ Indictment/____ Information --- **no** prior complaint.
   ____ Indictment/____ Information --- based upon prior complaint [Case number:                    ]
   ____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

   ☐ Corrects errors; no additional charges or defendants.
   ☐ Involves, for plea purposes, different charges or adds counts.
   ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

| January 28, 2026 | Robert A. Moran |
|---|---|
| Date | |

Robert A. Moran
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:313-226-9553
Fax:
E-Mail address: robert.moran@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 NANCY JUANITA WILLIAMS,
D-2 ANDREA JEAN BRADLEY-BASKIN,
D-3 AVERY JAMES BRADLEY,
D-4 DWIGHT HASSAN RASHAD

        Defendants.

_____/

Case: **2:26-cr-20045**
Assigned To: **Leitman, Matthew F.**
Referral Judge: **Patti, Anthony P.**
Assign. Date : **1/28/2026**
Description: **INDI USA V SEALED MATTER (TM)**

Violations:
18 U.S.C. § 1349
18 U.S.C. § 1343
18 U.S.C. § 1957
18 U.S.C. § 1001(a)(2)

## INDICTMENT

The Grand Jury charges:

## GENERAL ALLEGATIONS

1.    In Michigan, probate courts appoint guardians to care for persons who are adjudicated an incapacitated person ("ward"), and who are found unable to care for themselves and manage their personal and financial affairs. Often these wards are elderly persons who cannot physically care for themselves and lack the capacity to arrange care for themselves. Frequently, these wards have no family members or other persons to arrange for their care. Occasionally, wards are not elderly but are otherwise mentally or physically incapacitated and unable to care for themselves.

1

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 981 and 28 U.S.C. § 2461

196.   The allegations contained in this Indictment are realleged and incorporated by reference to allege forfeiture under Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461(c).

197.   Upon being convicted of the offenses in violation of Title 18, United States Code, Section 1343, 1349, or 1956 the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, which constitutes, or is derived from, proceeds traceable to such violation(s) and, pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

198.   Money Judgment: Forfeiture includes, but is not limited to, a forfeiture money judgment against the defendant, in favor of the United States, in a dollar amount representing the total amount of proceeds obtained by the defendant as a result of the offenses of conviction.

199.   Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

        a.   Cannot be located upon the exercise of due diligence;

        b.   Has been transferred or sold to, or deposited with, a third party;

        c.   Has been placed beyond the jurisdiction of the Court;

        d.   Has been substantially diminished in value; or

e. Has been commingled with other property that cannot be subdivided

without difficulty;

200. It is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as

incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any

other property of the defendant up to the value of the forfeitable property described

above.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON
United States Attorney


*s/John K. Neal*
JOHN K. NEAL
Chief, Anti-Corruption Unit


*s/Robert A. Moran*
ROBERT A. MORAN
Assistant United States Attorney

1. 28 26